IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. |
| v. | : (VIO: 18 U.S.C. § 1791(a)(1) |
| MEGAN SHELLENBERGER | : ELECTRONICALLY FILED |

### INFORMATION

THE UNITED STATES ATTORNEY ALLEGES:

COUNT ONE
Providing Prohibited Objects
to an inmate
18 U.S.C. § 1791(a)(1)

In about December, 2013, at the Federal Correctional Institution, Allenwood Federal Prison Complex, White Deer, Pennsylvania in the Middle District of Pennsylvania, and elsewhere, and within the jurisdiction of this Court, the defendant

**MEGAN SHELLENBERGER,**

contrary to applicable rules and regulations, to wit: Title 28, Code of Federal Regulations Section 6.1, while an employee of the Bureau of Prisons, did provide prohibited objects, to wit, cellphones to Marco Gomez, Reg. No. 17197-097, an inmate of said institution.

In violation of Title 18, United States Code, Sections 1791(a)(l), (b)(4) and (d)(l)(F), and (G).

*Peter J. Smith*
PETER J. SMITH /wrs/
United States Attorney

Dated: September 29, 2014